BUFFALO INDUSTRIES GROUP, INC., Respondent, v FRONTIER-KEMPER/FLATIRON, J.V., Appellant. [858 NYS2d 645]— Appeal from an order of the Supreme Court, Livingston County (Ann Marie Taddeo, J.), entered August 20, 2007. The order, insofar as appealed from, denied that part of defendant's motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Peradotto, JJ.